**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA, <br><br> Plaintiff, <br><br> vs. <br><br> AUTOZONE, INC., A Nevada Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Case No. 2:18-CV-549-EJF <br><br> Magistrate Evelyn J. Furse |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Linda Suda, by and through undersigned counsel, voluntarily dismisses this action as to all Defendants, with prejudice. As of the date of this notice, no answer to the Complaint nor motion for summary judgment has been filed.

DATED this 12th day of October, 2018.

FORD & CRANE PLLC


/s/ Matthew B. Crane
Matthew B. Crane (UTB# 13909)
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 12th day of October, 2018, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be filed with the Court electronically, which caused notice to be served upon all e-filing counsel of record via the Court's notice of electronic filing [NEF].

/s/ Matthew B. Crane